ORIGINAL SEALED
BY ORDER OF THE COURT

FLORENCE T. NAKAKUNI      #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA      #2556
Chief, Organized Crime and
Narcotics Section

MICHAEL K. KAWAHARA      #1460
Assistant U.S. Attorney
Room 6100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 24 2010

at 3 o'clock and 53 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  CR 10-00384  SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. 846, 841(a)(1)] |
| ROGER CUSICK CHRISTIE,    (01) ) | |
| SHERRYANNE L. ST. CYR,    (02) ) | |
| SUSANNE LENORE FRIEND,    (03) ) | |
| TIMOTHY M. MANN,    (04) ) | |
| RICHARD BRUCE TURPEN,    (05) ) | |
| WESLEY MARK SUDBURY,    (06) ) | |
| DONALD JAMES GIBSON,    (07) ) | |
| ROLAND GREGORY IGNACIO,    (08) ) | |
| PERRY EMILIO POLICICCHIO,    (09) ) | |
| JOHN DEBAPTIST BOUEY, III, (10) ) | |
| MICHAEL B. SHAPIRO,    (11) ) | |
|   also known as "Dewey", ) | |
| AARON GEORGE ZEEMAN,    (12) ) | |
| VICTORIA C. FIORE,    (13) ) | |
| JESSICA R. WALSH, also    (14) ) | |
|   known as "Jessica Hackman, ) | |
| Defendants. ) | |

INDICTMENT

Count 1:

The Grand Jury charges that:

From a time unknown up through and including on or about

March 10, 2010 in the District of Hawaii, defendants:

**ROGER CUSICK CHRISTIE** (hereinafter "Christie"),
**SHERRYANNE L. ST. CYR** (hereinafter "St. Cyr"),
**SUSANNE LENORE FRIEND** (hereinafter "Friend"),
**TIMOTHY M. MANN** (hereinafter "Mann"),
**RICHARD BRUCE TURPEN** (hereinafter "Turpen"),
**WESLEY MARK SUDBURY** (hereinafter "Sudbury"),
**DONALD JAMES GIBSON** (hereinafter "Gibson"),
**ROLAND GREGORY IGNACIO** (hereinafter "Ignacio"),
**PERRY EMILIO POLICICCHIO** (hereinafter "Policicchio"),
**JOHN DEBAPTIST BOUEY, III** (hereinafter "Bouey"),
**MICHAEL B. SHAPIRO**, also known as "Dewey" (hereinafter
"Shapiro"),
**AARON GEORGE ZEEMAN** (hereinafter "Zeeman"),
**VICTORIA C. FIORE** (hereinafter "Fiore"),
**JESSICA R. WALSH**, also known as "Jessica Hackman"
(hereinafter "Walsh"),

and others known and unknown to the grand jury, knowingly and

intentionally conspired to manufacture, to distribute, and to

possess with intent to distribute marijuana, a Schedule I

controlled substance, said offense involving one-hundred (100) or

more marijuana plants, as well as harvested and processed

marijuana and other products containing marijuana (including but

not limited to food items, tinctures, and oils), a violation of

Title 21, United States Code, Section 841(a)(1).

Ways and Means:

Conducting his operation as the "THC Ministry" or "Hawaii

Cannabis Ministry" (hereinafter "Ministry") located in Hilo,

2

Hawaii, Christie, with the assistance of St. Cyr, engaged in the illegal manufacture, distribution, and sale of marijuana. Christie and St. Cyr had several employees (as Fiore and Walsh) who worked at the Ministry's business premises and assisted in the distribution and sale of marijuana.

In order to obtain his marijuana sales inventory, Christie had several suppliers, as well as other persons growing marijuana for him, on the Island of Hawaii.  During 2009, Christie's marijuana suppliers and other persons growing marijuana for him included Turpen, Sudbury, Gibson, Ignacio, Policicchio, Bouey, Shapiro, and Zeeman.

Sometime in 2009, Christie also recruited Friend and Mann to start up a marijuana cultivation operation for the Ministry on the Island of Hawaii; the plan was for all of Friend and Mann's harvested marijuana to be provided to the Ministry.  As of July 22, 2009, Friend and Mann had approximately 284 marijuana plants under cultivation.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

Count 2:

The Grand Jury further charges that:

On or about July 22, 2009 in the District of Hawaii, defendants:

3

    ROGER CUSICK CHRISTIE,
    SHERRYANNE L. ST. CYR,
    SUSANNE LENORE FRIEND,
    TIMOTHY M. MANN,
    RICHARD BRUCE TURPEN,
    WESLEY MARK SUDBURY,
    DONALD JAMES GIBSON,
    ROLAND GREGORY IGNACIO,
    PERRY EMILIO POLICICCHIO,
    JOHN DEBAPTIST BOUEY, III,
    MICHAEL B. SHAPIRO,
    AARON GEORGE ZEEMAN,
    VICTORIA C. FIORE,
    JESSICA R. WALSH,

knowingly and intentionally manufactured marijuana, a Schedule I

controlled substance, said offense involving one-hundred (100) or

more marijuana plants, to wit: approximately 284 marijuana

plants,

     All in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(B), and Title 18, United States Code,

Section 2.


                         Count 3:

     The Grand Jury further charges that:

     On or about July 22, 2009 in the District of Hawaii,

defendants:

    ROGER CUSICK CHRISTIE,
    SHERRYANNE L. ST. CYR,
    SUSANNE LENORE FRIEND,
    TIMOTHY M. MANN,
    RICHARD BRUCE TURPEN,
    WESLEY MARK SUDBURY,
    DONALD JAMES GIBSON,

                            4

> ROLAND GREGORY IGNACIO,
> PERRY EMILIO POLICICCHIO,
> JOHN DEBAPTIST BOUEY, III,
> MICHAEL B. SHAPIRO,
> AARON GEORGE ZEEMAN,
> VICTORIA C. FIORE,
> JESSICA R. WALSH,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, said offense involving one-hundred (100) or more marijuana plants, to wit: approximately 284 marijuana plants,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.


### Count 4:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii, defendant:

**RICHARD BRUCE TURPEN**

knowingly and intentionally manufactured marijuana, a Schedule I controlled substance, said offense involving one-thousand (1,000) or more marijuana plants, to wit: approximately 1,108 marijuana plants,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

<u>Count 5</u>:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,

defendant:

**RICHARD BRUCE TURPEN**

knowingly and intentionally possessed with intent to distribute

marijuana, a Schedule I controlled substance, said offense

involving one-thousand (1,000) or more marijuana plants, to wit:

approximately 1,108 marijuana plants,

All in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A).


<u>Count 6</u>:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,

defendant:

**WESLEY MARK SUDBURY**

knowingly and intentionally manufactured marijuana, a Schedule I

controlled substance, said offense involving one-hundred (100) or

more marijuana plants, to wit: approximately 856 marijuana

plants,

All in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(B).


6

<u>Count 7</u>:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,
defendant:

**WESLEY MARK SUDBURY**

knowingly and intentionally possessed with intent to distribute
marijuana, a Schedule I controlled substance, said offense
involving one-hundred (100) or more marijuana plants, to wit:
approximately 856 marijuana plants,

All in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(B).

<u>Count 8</u>:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,
defendant:

**DONALD JAMES GIBSON**

knowingly and intentionally manufactured marijuana, a Schedule I
controlled substance, said offense involving one-hundred (100) or
more marijuana plants, to wit: approximately 152 marijuana
plants,

All in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(B).

7

Count 9:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,

defendant:

**DONALD JAMES GIBSON**

knowingly and intentionally possessed with intent to distribute

marijuana, a Schedule I controlled substance, said offense

involving one-hundred (100) or more marijuana plants, to wit:

approximately 152 marijuana plants,

All in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(B).

Count 10:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,

defendant:

**ROLAND GREGORY IGNACIO**

knowingly and intentionally manufactured marijuana, a Schedule I

controlled substance, said offense involving fifty (50) or more

marijuana plants, to wit: approximately 80 marijuana plants,

All in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

<u>Count 11</u>:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,
defendant:

**ROLAND GREGORY IGNACIO**

knowingly and intentionally possessed with intent to distribute
marijuana, a Schedule I controlled substance, said offense
involving fifty (50) or more marijuana plants, to wit:
approximately 80 marijuana plants,

All in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(C).

<u>Count 12</u>:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii,
defendant:

**PERRY EMILIO POLICICCHIO**

knowingly and intentionally manufactured marijuana, a Schedule I
controlled substance, said offense involving fifty (50) or more
marijuana plants, to wit: approximately 72 marijuana plants,

All in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(C).

### Count 13:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii, defendant:

**PERRY EMILIO POLICICCHIO**

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, said offense involving fifty (50) or more marijuana plants, to wit: approximately 72 marijuana plants,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 14:

The Grand Jury further charges that:

On or about March 10, 2010 in the District of Hawaii, defendant:

**JOHN DEBAPTIST BOUEY, III**

knowingly and intentionally manufactured marijuana, a Schedule I controlled substance, to wit: approximately 26 marijuana plants,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### Count 15:

The Grand Jury further charges that:

10

On or about March 10, 2010 in the District of Hawaii, defendant:

**MICHAEL B. SHAPIRO**, also known as "Dewey" knowingly and intentionally manufactured marijuana, a Schedule I controlled substance, to wit: approximately 2 marijuana plants,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

<u>FORFEITURE ALLEGATION</u>:

1.  The allegations contained in Counts 1, 4, 5, 10, 11, 12, and 13 of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.  Pursuant to Title 21, United States Code, Section 853, upon conviction of the controlled substance offenses alleged in said Counts 1, 4, 5, 10, 11, 12, and 13, defendants:

**ROGER CUSICK CHRISTIE**
**SHERRYANNE L. ST. CYR**
**RICHARD BRUCE TURPEN**
**ROLAND GREGORY IGNACIO**
**PERRY EMILIO POLICICCHIO**

shall forfeit to the United States pursuant to 21 U.S.C. 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said

11

violations, including but not limited to the following:

(A) <u>As to Christie and St. Cyr</u>:

(1) Approximately $21,494.00 in U.S. currency, which is presently in the possession of the United States;

(2) The real property known as Apartment #312, Building A, 360 Kauila Street, Hilo, HI, titled in the name of Roger Christie, unmarried, and designated as Tax Map Key Number 3-2-6-5-10-42, together with all appurtenances and improvements, and more specifically described in Exhibit "A", attached hereto and incorporated herein by reference.

(B) <u>As to Turpen</u>:

(1) The real property (3.0 acres) known as 16-2108 Opeapea Road, Keaau, HI, titled in the names of Richard Bruce Turpen (unmarried) and Ruth Mary Turpen (widow) as joint tenants, and designated as Tax Map Key Number 3-1-6-43-22, together with all appurtenances and improvements, and more specifically described in Exhibit "B", attached hereto and incorporated herein by reference.

(C) <u>As to Policicchio</u>:

(1) The real property (10,004 square feet) known as 141 Kaikuono Place, Hilo, HI, titled in the name of Perry E. Policicchio, Trustee of the Perry E. Policicchio Trust (with Perry Emilio Policicchio being both the primary trustee and the primary beneficiary), and designated as Tax Map Key Number 3-2-5-

29-40, together with all appurtenances and improvements, and more specifically described in Exhibit "C", attached hereto and incorporated herein by reference.

    (D) <u>As to Ignacio</u>:

        (1) The real property (2.0 acres) known as 11-1210 Rose Street, Mountain View, HI, titled in the names of Roland Gregory Ignacio and Rebecca Wailele O Akaka Ignacio (husband and wife) as tenants by the entirety, and designated as Tax Map Key Number 3-1-1-39-3, together with all appurtenances and improvements, and more specifically described in Exhibit "D", attached hereto and incorporated herein by reference.

    3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to 21 U.S.C. 853(p), to seek forfeiture of any other property of said

defendants up to the value of the forfeitable property described above,

All in accordance with Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

DATED: Honolulu, Hawaii, June __24__, 2010.

/s/ Foreperson
_____

GRAND JURY FOREPERSON

FLORENCE T. NAKAKUNI
United States Attorney

By_____
  BEVERLEY WEE SAMESHIMA
  Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Christie, et. al., USDC-Hawaii, Indictment.

14

-FIRST:-

Dwelling No.   312   in Building   A  of the Condominium Project known as "WAINAKU TERRACE" (formerly known as "COCONUT CREEK"), as described in the Restated Declaration of Condominium Property Regime dated March 5, 1999, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 99-046534, of which the original Declaration dated February 26, 1973, is recorded in the Bureau of Conveyances of the State of Hawaii in Liber 9064 at Page 1, and as shown on Condominium Map No. 268 and any amendments thereto.

Together with appurtenant easements as follows:

(A)   An exclusive easement to use the Parking Stall(s), if any, as shown in said Declaration, as amended.

(B)   Nonexclusive easements in the common elements designed for such purposes for ingress to, egress from, utility services for and support of said Dwelling; in the other common elements for use according to their respective purposes, subject always to the exclusive or limited use of the limited common elements as provided in said Declaration; and in all other dwellings of the Project for support.

-SECOND:-

An undivided   1/42   fractional interest in all common elements of the Project as established for said dwelling by the Declaration, or such other fractional or percentage interest as hereinafter established for said dwelling by any amendment of said Declaration, as tenant in common with the other owners from time to time of other undivided interests in the common elements, said common elements to include the land described herein.

The land upon which said Condominium Project "WAINAKU TERRACE" (formerly known as "COCONUT CREEK") is located is described as follows:



EXHIBIT A

All of that certain parcel of land (portion of the land described in and covered by Royal Patent Number 4666, Land Commission Award 4659, Apana 2 to Papa and a portion of Deed of the Commissioner of Crown Lands to Thomas Spencer, dated August 3, 1870) situate, lying and being at Puueo, South Hilo, Island and County of Hawaii, State of Hawaii, and containing an area of 42,000 square feet, more or less.

Said parcel of land being more particularly described in the Restated Declaration of Condominium Property Regime dated March 5, 1999, recorded in said Bureau of Conveyances as Document No. 99-046534, of which the original Declaration dated February 26, 1973, recorded in said Bureau of Conveyances in Liber 9064 at Page 1.

Said above described premises having been acquired by ROGER CHRISTIE, unmarried, as Tenant in Severalty, as follows:

1.   By LIMITED WARRANTY APARTMENT DEED; EXHIBITS A; 1 of DORIS C. GRAY, wife of Raymond A. Gray, dated April 19, 2005, recorded as Document No. 2005-091461; and

2.   By WARRANTY DEED of DORIS CHRISTIE GRAY, wife of Raymond Albert Gray, dated February 27, 2007, recorded as Document No. 2007-082140.

That certain parcel of land situate at Keaau, Puna, Island and County of Hawaii, State of Hawaii, described as follows:

Lot 4653, area 3.000 acres, more or less; and an undivided 1/3944th interest in Lot 6213, roadway, area 352.017 acres, more or less, to be used in common with others entitled thereto for roadway and utility purposes only; as shown on Map 49, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1053 (amended) of W. H. Shipman, Limited.

Being all of the land described in Transfer Certificate of Title No. _602,077_.

**SUBJECT, HOWEVER, TO:**

Title to all minerals and metallic mines reserved to the State of Hawaii.



All of that certain parcel of land (being portion of the land(s) described in and covered by Land Patent Grant Number 5122 to Eugene H. Lyman) situate, lying and being at Ponahawai, South Hilo, Island and County of Hawaii, State of Hawaii, being LOT 4, of the "VICTORINE SUBDIVISION", and thus bounded and described:

Beginning at a pipe at the north corner of this parcel of land, the coordinates of said point of beginning referred to Government Survey Triangulation Station "HALAI" being 5,071.22 feet South and 6,355.82 feet west and running by azimuths measured clockwise from true South:

| | | | | |
|---|---|---|---|---|
| 1. | 307° 40' | | 67.29 | feet along Parcel 3 to a spike; |
| 2. | 35° 48' | 50" | 57.39 | feet to a pipe; |
| 3. | 81° 52' | | 135.85 | feet along Lot 5, Victorine Subdivision, to a pipe; thence following along Kaikuono Place on a curve to the left with a radius of 45.00 feet, the chord azimuth and distance being: |
| 4. | 177° 56' | 35" | 35.00 | feet to a pipe; |
| 5. | 238° 13' | 20" | 136.53 | feet along Lot 3, Victorine Subdivision, to the point of beginning and containing an area of 10,004 square feet, more or less. |

EXHIBIT  C

All of that certain parcel of land situate at Keaau, District of Puna, Island and County of Hawaii, State of Hawaii, described as follows:

> **LOT 6551,** area 2.000 acres, more or less, as shown on **MAP 51,** filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with **Land Court Application No. 1053** (amended) of W. H. Shipman, Limited.

TOGETHER WITH an undivided 1/2000th interest in Lot 8207, (a 50 foot roadway), said roadway to be used in common with others entitled thereto,

Being all the property conveyed by the following:

| | |
|---|---|
| Instrument: | Quitclaim Deed |
| Grantor: | MARIAN H. ORSER, unmarried, as trustee of the Orser Family Living Trust |
| Grantee: | MARJORIE JOSEPHINE ORSER, unmarried, as Tenant in Severalty |
| Dated: | May 13, 2005 |
| Recorded: | July 1, 2005, in the Office of the Assistant Registrar of the Land Court of the State of Hawaii, **Document No. 3289985.** |

Being all of the property described in and covered by **Transfer Certificate of Title No. 756,125.**

Tax Map Key 3rd 1-1-039-003

**Subject, however, to the following:**

As to the undivided interest in Lot 8207:

A.   DECLARATORY JUDGMENT dated and filed in the Circuit Court of the Third Circuit, State of Hawaii, Civil No. 9870, on March 6, 1987;  FERN ACRES COMMUNITY ASSOCIATION,  as Hawaii non-profit corporation, "Plaintiff" (Attorney – Stuart H. Oda), vs. Pan American Land Co., et al, "Defendant"; re: Plaintiff is entitled to collect road maintenance fees, and assess all property owners within the Fern Acres Subdivision holding an undivided interest in and to roadway Lots 8207, 8208, 8209, 8210, 8211, 8212 and 8213, as shown on Map 51, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1053 (Not noted on Transfer Certificate of Title referred to herein).

B.   Rights of others who own undivided interest(s) or have easement or access rights, in said parcel.



EXHIBIT **D**

Page 1 of 11 Pages

All of that certain parcel of land situate at Keaau, District of Puna, Island and County of Hawaii, State of Hawaii, described as follows:

Lot 6552, area 2,000 acres, more or less, and an undivided 1/2000th interest in Roadway Lot 8207 (a 50 foot roadway) area 146.582 acres, more or less, to be used in common with others entitled thereto, as shown on Map 51, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land
Court Application No. 1053 (amended) of W. H. Shipman, Limited.

Being all the property conveyed by the following:

Warranty Deed

Grantor:      Dorothy Ann Cashero, unmarried
Grantee:      Andrey Georgiyevich Kuznetsov and Marina Dmitriyevna Kuznetsov,
              husband and wife, as Tenants by the Entirety
Dated:        May 13, 2005
Recorded:     May 24, 2005, in the Office of the Assistant Registrar of the Land
              Court of the State of Hawaii, Document No. 3272192.

Being all of the property described in and covered by Transfer Certificate or Title No. 749,828.

SUBJECT, HOWEVER, TO:

Declaratory Judgment dated and filed in the Circuit Court of the Third Circuit, State of Hawaii, Civil No. 9870, on March 6, 1987; Fern Acres Community Association, a Hawaii non-profit corporation, "Plaintiff" (Attorney - Stuart H. Oda), vs. Pan American Land Co., et al, "Defendant"; re: Plaintiff is entitled to collect road maintenance fees and assess all property owners within the Fern Acres Subdivision holding an undivided interest in and to roadway containing an area of 146.582 acres, as shown on Map 51, filed in the Office or the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1053. (Not noted on Transfer Certificate of Title referred to herein).



EXHIBIT _D_
Page _2_ of _11_ Pages

## IN THE LAND COURT OF THE STATE OF HAWAII

In the Matter of the Application )     Application No. 1053

of )

W. H. SHIPMAN, LIMITED, a Hawaii )
corporation, )

To consolidate land situate at Keaau, District )
of Puna, Island, County and State )
of Hawaii. )

LAND COURT
STATE OF HAWAII
FILED
2008 MAR 13  PM 12: 47
KATHLEEN HANAWAHINE
REGISTRAR

### CONSOLIDATION OF LOTS 6551 and 6552
### AS SHOWN ON MAP 51
### AND RESUBDIVISION OF SAID CONSOLIDATION
### INTO LOTS ~~6551-A AND 6551-B~~ 9752 and 9753    *AR*
### KEAAU, PUNA, ISLAND OF HAWAII, HAWAII

Referred to the Surveyor of the
State for check and report.
Map filed    MAR 13 2008
and Land Court Certificate of
Title No. _____
transmitted herewith.

DATED:    MAR 13 2008

Order of the Court:

KATHLEEN HANAWAHINE

**REGISTRAR**

   3    Whiteprints required

PETER K. KUBOTA
505 Kilauea Avenue
Hilo, Hawaii  96720
Telephone No. (808) 935-2422

Attorney for Petitioners
Roland Gregory Ignacio and
Rebecca Wailele O Akaka Ignacio

A TRUE COPY, ATTEST WITH
THE SEAL OF SAID COURT.

JANNIS SHIROMA
Clerk

EXHIBIT   D
Page 3 of 11 Pages

IN THE LAND COURT OF THE STATE OF HAWAII

In the Matter of the Application          )     Application No. 1053(Amended)
                                          )
                of                        )
                                          )
W. H. SHIPMAN, LIMITED,                   )
                                          )
To consolidate land situate at Keaau, District )
of Puna, Island, County and State        )
of Hawaii.                               )
                                          )
_____

### CONSOLIDATION OF LOTS 6551 and 6552
### AS SHOWN ON MAP 51
### AND RESUBDIVISION OF SAID CONSOLIDATION
### INTO LOTS ~~6551-A AND 6551-B~~ 9752 and 9753  AM
### KEAAU, PUNA, ISLAND OF HAWAII, HAWAII

Come now ROLAND GREGORY IGNACIO and REBECCA WAILELE O AKAKA

IGNACIO, Petitioners herein, whose mailing address is 111 East Puainako Street, #585, PMB 184,

Hilo, Hawaii 96720, and state as follows:

1.   Petitioners are the owners in fee simple of those certain parcels of land situate

at Keaau, District of Puna, Island, County and State of Hawaii, as described as follows:

Lot 6551, area 2.000 acres, as shown on Map 51, Land Court
Application No. 1053(amended), being the land described in Transfer
Certificate of Title No. 850,020, and

Lot 6552, area 2.000 acres, as shown on Map 51, Land Court
Application No. 1053 (amended), being the land described in
Transfer Certificate of Title No. 850,058.

2.   Petitioners have applied for and obtained approval from the County of Hawaii

for consolidation and resubdivision of the subject properties into 2 separate lots known as

EXHIBIT     D
Page 4 of 11 Pages

Lot 6551-A [9752], consisting of 2.000 acres, and Lot 6551-B [9753], consisting of 2.000 acres, in accordance with a letter of final approval from the County of Hawaii Planning Department through its Planning Director.

3.   Access. New Lots 6551-A and 6551-B [9752 and 9753] have access to State Highway No.11, also known as the Hawaii Belt Road or Volcano Road, by way of an undivided 1/2000th interest, as to each lot, in Roadway Lot 8207 (a 50 foot roadway), as shown on Map 51 of Land Court Application No. 1053 (amended) of W. H. Shipman, Limited, to be used in common with others entitled thereto, for roadway and utility purposes only, which road provides access from Lots 6551-A and 6551-B [9752 and 9753] to the highway.

4.   The Petitioners hereby submit an original and three (3) copies of this Petition.

WHEREFORE, Petitioners respectfully request that:

1.   That the map filed herewith showing the consolidation and resubdivision of said Tax Map Key parcels (3) 1-1-039:002 (Lot 6552), and (3) 1-1-039:003 (Lot 6551) into 2 new lots known as Lot 6551-A and 6551-B [9752 and 9753], be examined and found correct; and

2.   That an order issue: approving and authorizing this consolidation and resubdivision, and directing the Assistant Registrar of this Court to endorse on said Certificates of Title(s) a reference to the map in accordance with Section 501-85, Hawaii Revised Statutes; and issuing a new Certificate of Title to the newly consolidated lots known as Lot 6551-A and 6551-B [9752 and 9753].

Dated: Hilo, Hawaii, _____ 2/21/08 _____

_____
ROLAND GREGORY IGNACIO

- 2 -

EXHIBIT   D
Page 5 of 11 Pages

REBECCA    WAILELE   O   AKAKA
IGNACIO

                                    PETITIONER

EXHIBIT ___D___
Page _6_ of _11_ Pages

STATE OF HAWAII          )
                         )          SS:
COUNTY OF HAWAII         )

On ~~February 21~~, 2008, before me personally appeared   **ROLAND GREGORY IGNACIO**, to me personally known, who, being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown having been duly authorized to execute such instrument in such capacity.

Name: ~~PETER K KUBOTA~~
Notary Public, State of Hawaii

My commission expires: 4/17/2009

STATE OF HAWAII          )
                         )          SS:
COUNTY OF HAWAII         )

On ~~February 21~~, 2008, before me personally appeared   **REBECCA WAILELE O AKAKA IGNACIO**, to me personally known, who, being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown having been duly authorized to execute such instrument in such capacity.

Name: ~~PETER K KUBOTA~~
Notary Public

My commission expires: 4/17/2009

- 4 -

EXHIBIT   D
Page 7 of 11 Pages







L-478          STATE OF HAWAII
OFFICE OF ASSISTANT REGISTRAR
                RECORDED
MAY 13, 2008          09:00 AM

L.C. Order No(s) 174863

on Cert(s) 850,020 & 850,058

Issuance of Cert(s) 907,735

/s/ CARL T. WATANABE
ASSISTANT REGISTRAR

20     1/1     Z7

Reserved for Recording Information

After recording, return by mail ☐   or pick-up ☐

Peter K. Kubota
505 Kilauea Avenue
Hilo, Hawaii 96720

Document contains            pages

EXHIBIT _____ D_____
Page __8__ of __11__ Pages

# IN THE LAND COURT OF THE STATE OF HAWAII

In the matter of the application

Of

W.H. SHIPMAN, LIMITED

to register and confirm title to lands
situate at Keaau, Puna, Island of Hawaii, State of
Hawaii

SUBDIVISION
of
Application No. 1053
(Map 619)

Petition of ROLAND GREGORY IGNACIO AND REBECCA WAILELE O AKAKA IGNACIO,
Owners, consolidation of Lots 6551 and 6552 as shown on Map 51 and resubdivision of said
consolidation into Lots 9752 and 9753

## ORDER OF SUBDIVISION

Upon the record and the evidence herein, and the map or plan filed with the application for subdivision in this

matter having been referred to the Surveyor of the State of Hawaii, and he having examined and checked the same and

certified the same to be correct, Copy of said petition and the Return of the Surveyor by reference made a part hereof,

IT IS ORDERED, ADJUDGED AND DECREED, that the said subdivision, as certified by the Surveyor of

the State of Hawaii, is hereby authorized and approved, and the Assistant Registrar of this court is hereby directed to

endorse on Owner's Certificate of Title No. 850,020 and 850,058

a reference to said map or plan as approved, and, upon presentation to him of proper deeds of transfer, to issue a new

certificate, or certificates, for the lots conveyed, and enter same on said Owner's Certificate of Title No. 850,020 and

850,058, in accordance with Hawaii Revised Statutes, Section 501-89 and 501-109.

Dated:  Honolulu, Hawaii, _____ MAY 1 - 2008 _____

KATHLEEN HANAWAHINE
for Judge of the Land Court

A TRUE COPY: ATTEST WITH
THE SEAL OF SAID COURT.

JANNIS SHIROMA
Clerk

EXHIBIT    D
Page 9 of 11 pages

## IN THE LAND COURT OF THE STATE OF HAWAII

| | |
|---|---|
| In the Matter of the Application<br><br>W. H. SHIPMAN, LIMITED<br><br>to register and confirm title situate at<br>Keaau, Puna, Island of Hawaii, State of<br>Hawaii | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SUBDIVISION
of
Application 1053
(Map 619)

2008 MAY -1  PM 2:58
KATHLEEN HANAWAHINE
REGISTRAR

LAND COURT
STATE OF HAWAII
FILED

Petition of ROLAND GREGORY IGNACIO AND REBECCA WAILELE O AKAKA IGNACIO, Owners, consolidation of Lots 6551 and 6552 as shown on Map 51 and resubdivision of said consolidation into Lots 9752 and 9753

## RETURN OF THE STATE LAND SURVEYOR

To the Honorable Judge of the Land Court,
State of Hawaii

Pursuant to an Order duly made and issued out of said Honorable Court on the 13th day of March 2008, referring the map filed for approval of subdivision in the above entitled matter, to the State Land Surveyor for verification, check on the ground if necessary and report.

The undersigned, the State Land Surveyor begs to report that the same has been examined and checked as to form and mathematical correctness and found to be in order.

And further, that said map has been compared with Transfer Certificates of Title 850,020 and 850,058 found to be in accord therewith.

EXHIBIT        D
Page  10  of  11  Pages

Ld.Ct.App. 1053 (Map 619)
Return of the State Land Surveyor
Page 2

NOTE:

Allegations in the petition have been checked and found to be in accord therewith except for the following:

1.  Lots 6551-A and 6551-B have been changed to Lots 9752 and 9753, respectively.

Only encumbrances as noted in the petition have been checked.

APPROVED by the Hawaii County Planning Department on October 23, 2007.

And pending approval of the Court, the map and said Transfer Certificates of Title will be held for further instructions.

DATED at Honolulu, this 1st day of May, 2008.

Examined by:

*Ronald S.K. Sumida*
Assistant.
lk

_____
STATE LAND SURVEYOR

====================================================================

Received from the State Land Surveyor _____ whiteprints of, and the approved tracing map in the above entitled matter and Transfer Certificates of Title No.

Honolulu, Hawaii
__MAY 1 - 2008___, 2008

AMY T. CORCORAN
_____
CLERK OF THE LAND COURT.

EXHIBIT ___D___
Page _11_ of _11_ Pages