# MINUTES

CASE NUMBER:     CR NO. 10-00384SOM

CASE NAME:     United States of America Vs. (01) Roger Cusick Christie

ATTYS FOR PLA:   Michael K. Kawahara and Julie Wall, Pretrial Services Office

ATTYS FOR DEFT:   (01) Matthew Winter

INTERPRETER:

JUDGE:   Alan C. Kay          REPORTER:   Katherine Eismann

DATE:   07/16/2010           TIME:   10:11am-l0:45am

COURT ACTION:  EP: As to Defendant (01) Roger Cusick Christie-

[98] Defendant (01) Roger Cusick Christie's Motion for Revocation of Detention Order pursuant to 18 U.S.C. Section 3145(b) and Motion to Release Defendant on the Bail Conditions proposed by Pretrial Services-Defendant present and in Custody.

Oral Argument Held.  The Motion is hereby Denied.

Court to prepare the written Order.

Defendant remanded to the Custody of the U.S. Marshal's.

Submitted by Leslie L. Sai, Courtroom Manager