

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*(808) 541-2850*
*FAX (808) 541-2958*

July 23, 2010

```
MEMO TO:   Matthew C. Winter (counsel for Christie)
           Assistant Federal Public Defender
           PJKK Federal Building, Room #7-102
           300 Ala Moana Blvd.
           Honolulu, HI 96850
           matthew_winter@fd.org

           Dana S. Ishibashi, Esq. (Counsel for St. Cyr)
           Century Square
           1188 Bishop Street, 36th Floor PH-2
           Honolulu, HI 96813
           ishibashid@aol.com

           Gurmail G. Singh, Esq. (Counsel for Friend)
           700 Bishop Street, Suite 2100
           Honolulu, Hawaii 96813
           gary@garysinghlaw.com

           Harlan Y. Kimura, Esq. (Counsel for Mann)
           Central Pacific Plaza
           220 South King Street, Suite 1660
           Honolulu, HI  96813
           hyk@aloha.net

           Barry D. Edwards, Esq. (Counsel for Turpen)
           P.O. Box 6599
           Kaneohe, Hawaii 96744
           barrydedwards@gmail.com

           Michael J. Park, Esq. (Counsel for Sudbury)
           Union Plaza
           1134 Union Mall, PH 1B
           Honolulu, HI 96813
           mparkatty@hawaii.rr.com

           Richard S. Kawana, Esq. (Counsel for Gibson)
           P.O. Box 240362
           Honolulu, Hawaii 96824-0362
           rskawana@prodigy.net
```

        Louis Michael Ching, Esq. (Counsel for Ignacio)
        4475 Kilauea Avenue
        Honolulu, HI 96816
        louismichaelching@hotmail.com

        Stuart N. Fujioka, Esq. (Counsel for Policicchio)
        1188 Bishop St., Suite 1006
        Honolulu, Hawaii 96813-3304
        stuart@snfaal.com

        Cynthia Kagiwada, Esq. (Counsel for Bouey, III)
        P.O. Box 368
        Kaneohe, HI 96744
        c_kagiwada@hotmail.com

        Clifford B. Hunt, Esq. (Counsel for Shapiro)
        333 Queen Street, Suite 612
        Honolulu, HI 96813
        notguilty007@msn.com

        Todd W. Eddins, Esq. (Counsel for Zeeman)
        1003 Bishop Street, Suite 1320
        Honolulu, HI 96813
        eddins@eddinsdefense.com

        Michael J. Green, Esq. (Counsel for Fiore)
        345 Queen Street, 2nd Floor
        Honolulu, HI 96813
        michaeljgreen@hawaii.rr.com

        Alvin K. Nishimura, Esq. (Counsel for Walsh)
        P.O. Box 4510
        Kaneohe, HI 96744-8510
        aknlaw@hawaiiantel.net

FROM:    Michael Kawahara
        Assistant U.S. Attorney

RE:      USA v. Christie, et. al., USDC(Hawaii)
        <u>Criminal Case No. 10-00384 SOM</u>

Pursuant to Chief District Judge Mollway's minute order entered July 19, 2010 (and following up on our prior letters to all counsel dated July 21 and 23, 2010), we raise the following considerations relative to the matters discussed in that order.

We have separately filed today our motion to declare the instant

case complex litigation and to continue the trial date (currently 9/8/10), with a request that the hearing thereon be concurrently set with the currently-established, final pretrial conference on 8/9/10.

The United States also plans to supersede the indictment. Among the new criminal charges currently under consideration are three marijuana distribution offenses to be asserted against defendant Christie for marijuana sales occurring at the Ministry to the undercover officer ("UC") on or about May 21, June 24, and August 13, 2008, respectively. The Ministry is located within 1,000 feet of Connections Charter School (174 Kamehameha Ave), and these crimes would be charged under 21 U.S.C. 860.

Given the foregoing, a recusal issue may arise with respect to the previously-disclosed transcript of the recorded 6/24/08 Christie-UC meeting. That recording/transcript-- which as previously described, includes Christie's conversation referencing Judge Mollway by name-- also documents Christie's one-half pound marijuana sales transaction with the UC on that date (as well as Christie's giving of a calamus sample [another controlled substance] to the UC). As such, that 6/24/08 recorded conversation would be admissible as trial evidence.

In addition, there may also be the possibility of Judge Mollway being a trial witness, depending upon what defenses Mr. Christie proposes to rely and/or whether he testifies at trial.


cc:   Chief U.S. District Judge Susan Oki Mollway