IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00384 SOM |
| | ) | |
| Plaintiff, | ) | ORDER OF RECUSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| ROGER CUSICK CHRISTIE,        (01) | ) | |
| SHERRYANNE L. ST. CYR,        (02) | ) | |
| SUSANNE LENORE FRIEND,        (03) | ) | |
| TIMOTHY M. MANN,              (04) | ) | |
| RICHARD BRUCE TURPEN,         (05) | ) | |
| WESLEY MARK SUDBURY,          (06) | ) | |
| DONALD JAMES GIBSON,          (07) | ) | |
| ROLAND GREGORY IGNACIO,       (08) | ) | |
| PERRY EMILIO POLICICCHIO,     (09) | ) | |
| JOHN DEBAPTIST BOUEY, III,    (10) | ) | |
| MICHAEL B. SHAPIRO,           (11) | ) | |
|   also known as "Dewey," | ) | |
| AARON GEORGE ZEEMAN,          (12) | ) | |
| VICTORIA C. FIORE,            (13) | ) | |
| JESSICA R. WALSH, also        (14) | ) | |
|   known as "Jessica Hackman," | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER OF RECUSAL

In light of the Government's discussion in correspondence dated July 23, 2010, concerning possible trial proceedings involving this judge, and to avoid an appearance of impropriety, I hereby recuse myself from further action in this

case.  In light of this recusal, this case is referred for reassignment.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, August 2, 2010.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States v. Roger Cusick Christie, Sherryanne L. St. Cyr, Susanne Lenore Friend, Timothy M. Mann, Richard Bruce Turpen, Wesley Mark Sudbury, Donald James Gibson, Roland Gregory Ignacio, Perry Emilio Policicchio, John Debaptist Bouey, III, Michael B. Shapiro, Aaron George Zeeman, Victoria C. Fiore, Jessica R. Walsh; Cr. 10-00384 SOM; Order of Recusal