# MINUTES

CASE NUMBER: CR 10-00384DAE

CASE NAME: USA v. (01)Roger Cusick Christie

ATTYS FOR PLA: Michael K. Kawahara

ATTYS FOR DEFT: (01)Matthew C. Winter

PTS: Julie Wall

JUDGE: David Alan Ezra    REPORTER: Cynthia Fazio

DATE: 10/22/2010    TIME: 9:45am-10:30am

COURT ACTION:  EP:  [181] MOTION for Bond Motion to Reopen Detention Hearing and to Release Defendant on Bond : by Roger Cusick Christie.

Defendant present, in custody.

Oral arguments heard.

[181] MOTION for Bond Motion to Reopen Detention Hearing and to Release Defendant on Bond : by Roger Cusick Christie-DENIED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager