# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR10-00384DAE |
| CASE NAME: | USA v. (01) Roger Cusick Christie |
| | (02) Sherryanne L. St. Cyr |
| | (03) Susanne Lenore Friend |
| | (04) Timothy M. Mann |
| | (05) Richard Bruce Turpen |
| | (06) Wesley Mark Sudbury |
| | (07) Donald James Gibson |
| | (08) Roland Gregory Ignacio |
| | (09) Perry Emilio Policicchio |
| | (10) John Debaptist Bouey, III |
| | (11) Michael B. Shapiro |
| | (12) Aaron George Zeeman |
| | (13) Victoria C. Fiore |
| | (14) Jessica R. Walsh |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (01) Matthew C. Winter |
| | (02) Dana S. Ishibashi |
| | (03) Harlan Kimura for Philip H. Lowenthal |
| | (04) Harlan Y. Kimura |
| | (05) Barry D. Edwards |
| | (06) Louis Michael Ching for Michael J. Park |
| | (07) Louis Michael Ching for Richard S. Kawana |
| | (08) Louis Michael Ching |
| | (09) Louis Michael Ching for Donald L. Wilkerson |
| | (10) Cynthia A. Kagiwada |
| | (11) Clifford B. Hunt |
| | (12) William M. Domingo |
| | (13) William Domingo for Michael Jay Green |
| | (14) Alvin P.K.K. Nishimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/24/2011 | TIME: | 10:42-10:58am |

COURT ACTION:  EP:

1. Status Conference Re: Motion to Modify Terms and Conditions of Pretrial Release as to Defendant (12) Aaron George Zeeman (6 minutes)
2. Motion to Continue Trial Date [232] (10 minutes)

Defendant 01 present and in custody.
Presence waived as to Defendants 02, 03, 04, 05, 08, 10, 11 and 14.

Court affirms the appointment of Alvin Nishimura as to Defendant 14. Request for court appointed attorney is granted. Alvin Nishimura is appointed as counsel for Defendant 14.

Motion to Continue Trial Date [232]. Defendant 12 objects to a trial continuance. Motion granted and terminated.

New trial date given:
Jury Selection/Trial: 7/6/11, 9:00am, Judge Ezra
Final Pretrial Conference: 6/6/11, 10:00am, Judge Chang
Motions due: 5/25/11
Response due: 6/8/11

The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial. The court orders that the period from 4/26/11 to and including 7/6/11 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the Order.

Status Conference Re: Motion to Modify Terms and Conditions of Pretrial Release as to Defendant (12) Aaron George Zeeman. Defendant not present. Status Conference Re: Motion to Modify Terms and Conditions of Pretrial Release continued to 3/3/11 at 10:45am before Judge Chang.

Defendant 01 remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager