THOMAS M. OTAKE     7622
ATTORNEY AT LAW
345 QUEEN STREET; SUITE 600
Honolulu, Hawaii 96813
Telephone: (808) 523-3325
Facsimile: (808) 599-1645
E-mail:  thomas@otakelaw.com

Attorney for Defendant
ROGER CHRISTIE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ROGER CHRISTIE<br><br>Defendant. | CR. NO. 10-00384 LEK<br><br>DEFENDANT ROGER CHRISTIE'S JOINDER IN DEFENDANT SHERRYANNE ST. CYR'S MOTIONTO DISMISS INDICTMENT FOR UNCONSTITUTIONAL VAGUENESS, FILED ON DECEMBER 3, 2012; CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT ROGER CHRISTIE'S JOINDER IN DEFENDANT
SHERRYANNE ST. CYR'S MOTIONTO DISMISS INDICTMENT FOR
UNCONSTITUTIONAL VAGUENESS, FILED ON DECEMBER 3, 2012

COMES NOW Defendant ROGER CHRISTIE, through his counsel,

Thomas M. Otake, and hereby joins in and adopts by reference the arguments

set forth in Defendant Sherryanne St. Cyr's Motion to Dismiss Indictment for

Unconstitutional Vagueness [Docket No. 469], filed herein on December 3, 2012 ("Defendant Sherryanne St. Cyr's Motion to Dismiss Indictment"), as well as the exhibits attached therein.  For the reasons set forth in Defendant Sherryanne St. Cyr's Motion to Dismiss Indictment, Defendant ROGER CHRISTIE requests that this Honorable Court grant him the same relief requested in said motion.

      DATED: Honolulu, Hawaii, December 7, 2012.

                               /s/ Thomas M. Otake
                              THOMAS M. OTAKE
                              Attorney for Defendant
                              ROGER CHRISTIE