ORIGINAL

FLORENCE T. NAKAKUNI      #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA       #1460
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100,
Honolulu, HI 96850
Ph: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 08 2013
at 10 o'clock and 28 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00384 LEK-01,-02 |
| Plaintiff, | ) ) ) | SELECT PHOTOGRAPHS OF "SANC-TUARY KIT", CITED IN UNITED |
| vs. | ) ) | STATES' MEMORANDUM IN OPPOSITION TO DEFENDANTS |
| ROGER CUSICK CHRISTIE, (01) | ) | ROGER CHRISTIE'S AND |
| SHERRYANNE L. CHRISTIE, (02)  formerly known as  "Sherryanne L. St. Cyr, | ) ) ) | SHERRYANNE CHRISTIE'S MOTION IN LIMINE TO PRESENT RELI-GIOUS FREEDOM RESTORATION |
| SUSANNE LENORE FRIEND, (03) | ) | ACT DEFENSE; CERTIFICATE OF |
| TIMOTHY M. MANN, (04) | ) | SERVICE |
| RICHARD BRUCE TURPEN, (05) | ) | |
| WESLEY MARK SUDBURY, (06) | ) | |
| DONALD JAMES GIBSON, (07) | ) | |
| ROLAND GREGORY IGNACIO, (08) | ) | |
| PERRY EMILIO POLICICCHIO, (09) | ) | |
| JOHN DEBAPTIST BOUEY, III, (10) | ) | Hearing Date: 7/29/13 at |
| MICHAEL B. SHAPIRO, (11)  also known as "Dewey", | ) ) | 10:30 a.m., before the Hon. Leslie E. Kobayashi, |
| AARON GEORGE ZEEMAN, (12) | ) | U.S. District Judge |
| VICTORIA C. FIORE, (13) | ) | |
| JESSICA R. WALSH, also (14)  known as "Jessica Hackman", | ) ) ) | |
| Defendants. | ) ) | |

## SELECT PHOTOGRAPHS OF "SANCTUARY KIT", CITED IN UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANTS ROGER CHRISTIE'S AND SHERRYANNE CHRISTIE'S MOTION IN LIMINE TO PRESENT RELIGIOUS FREEDOM RESTORATION ACT DEFENSE

The United States of America, by and through its undersigned counsel, hereby files with this Court selected photographs of the THC Ministry's "Sanctuary Kit" and its contents, referenced at pages 19-22 of the United States' "Memorandum in Opposition to Defendants Roger Christie's and Sherryanne Christie's Motion in Limine to Present Religious Freedom Restoration Act Defense", filed May 20, 2013.

The Sanctuary Kit depicted in the attached photographs had been ordered by an undercover DEA Agent through the THC Ministry's website for a $250 "donation" and received by him in the mail in May-June 2009. For ease of reference, these attached photographs are identified by the designation "SK[Sanctuary Kit]-01", SK-02", "SK-03", etc.

DATED: Honolulu, Hawaii, July 8, 2013.

FLORENCE T. NAKAKUNI
United States Attorney

By _____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney