# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 10-00384LEK |
| CASE NAME: | USA v. (01)Roger Cusick Christie<br>(02)Sherryanne L. Christie, fka Sherryanne L. St. Cyr |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | (01) Thomas M. Otake<br>(02) Lynn E. Panagakos |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Ott |
| DATE: | 07/29/2013 | TIME: | 10:45am-12:10pm |

COURT ACTION:  EP:  Oral Argument Regarding Separate Issues Related to Defendants (01) Roger Cusick Christie and (02) Sherryanne L. Christie, fka Sherryanne L. St. Cyr's Motion in Limine to Present Religious Freedom Restoration Act Defense.

Defendant (01)Roger Cusick Christie present, in custody.

Defendant (02)Sherryanne L. Christie, fka Sherryanne L. St. Cyr present, not in custody.

Oral Argument Regarding Separate Issues Related to Defendants (01) Roger Cusick Christie and (02) Sherryanne L. Christie, fka Sherryanne L. St. Cyr's Motion in Limine to Present Religious Freedom Restoration Act Defense-TAKEN UNDER ADVISEMENT.

Court to issue order.

Defendant (01)Roger Cusick Christie remanded to the custody of the US Marshals.

Defendant (02)Sherryanne L. Christie, fka Sherryanne L. St. Cyr to remain out on bail under the same conditions.


Submitted by: Theresa Lam, Courtroom Manager