FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA   #1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850
Ph: (808) 541-2850
Fax: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00384 LEK-01,-02 | |
| | ) | | |
| Plaintiff, | ) | TENDERING OF DECLARATIONS IN | |
| | ) | SUPPORT OF UNITED STATES' | |
| vs. | ) | MEMORANDUM IN OPPOSITION TO | |
| | ) | DEFENDANT ROGER CHRISTIE'S | |
| ROGER CUSICK CHRISTIE, (01) | ) | AND SHERRYANNE CHRISTIE'S | |
| SHERRYANNE L. CHRISTIE, (02) | ) | MOTION IN LIMINE TO | |
|  formerly known as | ) | PRESENT RELIGIOUS FREEDOM | |
| "Sherryanne L. St. Cyr", | ) | RESTORATION ACT DEFENSE; | |
| SUSANNE LENORE FRIEND, (03) | ) | CERTIFICATE OF SERVICE; | |
| TIMOTHY M. MANN, (04) | ) | DECLARATION OF CLEMENT | |
| RICHARD BRUCE TURPEN, (05) | ) | SZE; DECLARATION OF | |
| WESLEY MARK SUDBURY, (06) | ) | EDWIN A. BUYTEN | |
| DONALD JAMES GIBSON, (07) | ) | | |
| ROLAND GREGORY IGNACIO, (08) | ) | | |
| PERRY EMILIO POLICICCHIO, (09) | ) | | |
| JOHN DEBAPTIST BOUEY, III, (10) | ) | | |
| MICHAEL B. SHAPIRO, (11) | ) | | |
|  also known as "Dewey", | ) | | |
| AARON GEORGE ZEEMAN, (12) | ) | | |
| VICTORIA C. FIORE, (13) | ) | | |
| JESSICA R. WALSH, also (14) | ) | | |
|  known as "Jessica Hackman", | ) | | |
| | ) | | |
| Defendants. | ) | | |
| _____ | ) | | |

## TENDERING OF DECLARATIONS IN SUPPORT OF UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANTS ROGER CHRISTIE'S AND SHERRYANNE CHRISTIE'S MOTION IN LIMINE TO PRESENT RELIGIOUS FREEDOM RESTORATION ACT DEFENSE

Pursuant to District Judge Kobayashi's suggestion at the status conference held on July 31, 2013, the United States hereby tenders the appended Declarations of Clement Sze and Edwin A. Buyten for the Court's consideration in connection with the United States' Memorandum in Opposition previously filed on May 20, 2013 (Docket #603).

For the Court's information, the three photographs which are attached to the appended Declaration of Edward A. Buyten were previously filed with this Court as Exhibits SK-06-1, SK-07, SK-08, respectively, included in the United States' prior filing entitled "Select Photographs of 'Sanctuary Kit', Cited in United States' Memorandum in Opposition to Defendants Roger Christie's and Sherryanne Christie's Motion in Limine to Present Religious Freedom Restoration Act Defense", filed July 8, 2013 (Docket #640).

DATED:  Honolulu, Hawaii, August 5, 2013

FLORENCE T. NAKAKUNI
United States Attorney

/s/ Michael K. Kawahara
By_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

THOMAS M. OTAKE, ESQ.      thomas@otakelaw.com
Attorney for Defendant
  ROGER CUSICK CHRISTIE


LYNN E. PANAGAKOS, ESQ.    lynnpanagakos@yahoo.com
Attorney for Defendant
  SHERRYANNE L. CHRISTIE


      DATED: August 5, 2013, at Honolulu, Hawaii

                              /s/ Valerie Domingo
                              _____
                              U.S. Attorney's Office
                              District of Hawaii