THOMAS M. OTAKE          7622
345 QUEEN STREET; Suite 600
Honolulu, Hawaii 96813
Telephone: (808) 523-3325
E-mail: thomas@otakelaw.com

Attorney for Defendant
ROGER CUSICK CHRISTIE

LYNN E. PANAGAKOS         7696
841 Bishop Street, Suite 2201
Honolulu, HI 96813
Telephone: (808) 542-9943
E-Mail: lynnpanagakos@yahoo.com

Attorney for Defendant
SHERRYANNE L. CHRISTIE

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER CUSICK CHRISTIE (01),<br>SHERRYANNE L. CHRISTIE (02),<br><br>et al.,<br><br>Defendants. | CR. NO. 10-00384 LEK<br><br>DEFENDANTS ROGER AND SHERRYANNE CHRISTIE'S JOINT SUBMISSION OF SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION IN LIMINE TO PRESENT RELIGIOUS FREEDOM RESTORATION ACT DEFENSE [DOC. NO. 587] AND REPLY TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE TO PRESENT RELIGIOUS FREEDOM RESTORATION ACT DEFENSE [DOC. NO. 637]; DECLARATION OF LYNN E. PANAGAKOS; EXHIBITS 7-11; CERTIFICATE OF SERVICE<br><br>Hearing Date: 08/27/13<br>Time: 9:00 a.m. |

DEFENDANTS ROGER AND SHERRYANNE CHRISTIE'S JOINT SUBMISSION OF SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION IN LIMINE TO PRESENT RELIGIOUS FREEDOM RESTORATION ACT DEFENSE [DOC. NO. 587] AND REPLY TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE TO PRESENT RELIGIOUS FREEDOM RESTORATION ACT DEFENSE [DOC. NO. 637]

Defendants Roger Cusick Christie and Sherryanne L. Christie, by and through undersigned counsel, hereby submit the attached Supplemental Exhibits 7-11 in support of their joint Motion in Limine to Present Religious Freedom Restoration Act Defense [Doc. No. 587], and Joint Reply to Government's Memorandum In Opposition To Motion In Limine To Present Religious Freedom Restoration Act Defense [Doc. No. 637]. Exhibits 7-10 were all published in August 2013, well after the Christies filed their motion in limine and their reply. These exhibits are identified and described in the attached Declaration of Lynn E. Panagakos.

DATED: August 26, 2013, Honolulu, Hawaii.

Respectfully submitted,

_____
THOMAS M. OTAKE
Attorney for Defendant
ROGER CUSICK CHRISTIE


/s/ Lynn E. Panagakos
LYNN E. PANAGAKOS
Attorney for Defendant
SHERRYANNE L. CHRISTIE

2