cc. Rell

ORIGINAL

FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  #1460
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Ph: (808) 541-2850
Fax: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 26 2013
at 11 o'clock and 15 min A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00384 LEK-01,-02 |
| | ) | |
| Plaintiff, | ) | TENDERING OF DECLARATION IN |
| | ) | SUPPORT OF UNITED STATES' |
| | ) | MEMORANDUM IN OPPOSITION TO |
| ROGER CUSICK CHRISTIE, (01) | ) | DEFENDANT ROGER CHRISTIE'S |
| SHERRYANNE L. CHRISTIE, (02) | ) | AND SHERRYANNE CHRISTIE'S |
| formerly known as | ) | MOTION IN LIMINE TO |
| "Sherryanne L. St. Cyr", | ) | PRESENT RELIGIOUS FREEDOM |
| SUSANNE LENORE FRIEND, (03) | ) | RESTORATION ACT DEFENSE; |
| TIMOTHY M. MANN, (04) | ) | SECOND DECLARATION OF |
| RICHARD BRUCE TURPEN, (05) | ) | CLEMENT SZE; SZE EXHIBITS |
| WESLEY MARK SUDBURY, (06) | ) | "5" - "9"; CERTIFICATE OF |
| DONALD JAMES GIBSON, (07) | ) | SERVICE; |
| ROLAND GREGORY IGNACIO, (08) | ) | |
| PERRY EMILIO POLICICCHIO, (09) | ) | Hearing Date: 8/27/2013 at |
| JOHN DEBAPTIST BOUEY, III, (10) | ) | 9:00 a.m. before the Hon. |
| MICHAEL B. SHAPIRO, (11) | ) | Leslie E. Kobayashi, U.S. |
| also known as "Dewey", | ) | District Judge |
| AARON GEORGE ZEEMAN, (12) | ) | |
| VICTORIA C. FIORE, (13) | ) | |
| JESSICA R. WALSH, also (14) | ) | |
| known as "Jessica Hackman", | ) | |
| | ) | |
| Defendants. | ) | |

### TENDERING OF DECLARATION IN SUPPORT OF UNITED STATES' MEMORANDUM IN OPPOSITION TO DEFENDANTS ROGER CHRISTIE'S AND SHERRYANNE CHRISTIE'S MOTION IN LIMINE TO PRESENT RELIGIOUS FREEDOM RESTORATION ACT DEFENSE

Pursuant to District Judge Kobayashi's suggestion at the status conference held on July 31, 2013, the United States hereby tenders the appended Second Declaration of Clement Sze for the Court's consideration in connection with the United States' Memorandum in Opposition previously filed on May 20, 2013 (Docket #603), along with appended Sze Exhibits "5" - "9".

DATED: Honolulu, Hawaii, August 26, 2013.

> FLORENCE T. NAKAKUNI
> United States Attorney
>
> By _____
> MICHAEL K. KAWAHARA
> Assistant U.S. Attorney