# MINUTES

CASE NUMBER:     CR NO. 10-00384LEK

CASE NAME:       USA vs. (01) ROGER CUSICK CHRISTIE

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    01/29/2014                    TIME:

COURT ACTION:  **AMENDED** EO: Sentencing set for 2/12/2014 at 02:45 PM is continued to **4/28/2014 at 02:00 PM** before Judge Leslie E. Kobayashi.

AUSA Michael K. Kawahara to prepare Stipulation Continuing Sentencing and Order for Judge Leslie E. Kobayashi's consideration.

Submitted by: Warren N. Nakamura, Courtroom Manager