FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA #1460
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00384 LEK-01 |
| | ) | |
| Plaintiff, | ) | FIRST STIPULATION TO CONTINUE |
| | ) | SENTENCING DATE; ORDER |
| vs. | ) | |
| | ) | |
| ROGER CUSICK CHRISTIE, (01) | ) | Old Date: 02/12/14 |
| | ) | New Date: 04/28/14 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Hon. Leslie E. Kobayashi |

FIRST STIPULATION TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America through its attorney, Assistant U.S. Attorney Michael K. Kawahara, and defendant ROGER CUSICK CHRISTIE, through his attorney, Thomas M. Otake, Esq., that the sentencing date of the above-referenced case, presently scheduled for February 12, 2013, is continued until April 28, 2014 at 2:00 p.m., before the Honorable Leslie E. Kobayashi.  Defense counsel for Sherryanne L.

Christie is involved in a complex jury trial and needs more time to prepare the sentencing statement.  Roger Cusick Christie and Sherryanne L. Christie, husband and wife, have previously requested to be sentenced on the same day.

DATED: February 3, 2014, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

   /s/ Michael K. Kawahara
By_____
  MICHAEL K. KAWAHARA
  Assistant U.S. Attorney


/s/ Thomas M. Otake
_____
THOMAS M. OTAKE, ESQ.
Attorney for Defendant
  ROGER CUSICK CHRISTIE

IT IS APPROVED AND SO ORDERED:

Dated: Honolulu, Hawaii, February 5, 2014.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

United States v. Roger Cusick Christie
Cr. No. 10-00384 LEK-01
"First Stipulation to Continue Sentencing Date; Order"