THOMAS M. OTAKE        7622
ATTORNEY AT LAW
345 QUEEN STREET; SUITE 600
Honolulu, Hawaii 96813
Telephone: (808) 523-3325
Facsimile: (808) 599-1645
E-mail:  thomas@otakelaw.com

Attorney for Defendant
ROGER CHRISTIE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 10-00384 LEK |
| v. | DEFENDANT ROGER CHRISTIE'S **SUPPLEMENTAL** OBJECTIONS TO PROPOSED PRESENTENCE INVESTIGATION REPORT; CERTIFICATE OF SERVICE |
| ROGER CHRISTIE, | |
| Defendant. | Sentence Date:  April 28, 2014 |
| | Judge: The Hon. Leslie Kobayashi |

DEFENDANT ROGER CHRISTIE'S SUPPLEMENTAL OBJECTIONS TO
PROPOSED PRESENTENCE INVESTIGATION REPORT

Defendant ROGER CHRISTIE, by and through his attorney, Thomas

M. Otake, hereby submits his supplemental objections to the proposed

Presentence Investigation Report prepared by United States Probation Officer

John Hisashima ("the Report").  (Defendant Roger Christie's Objections to

Proposed Presentence Investigation Report was filed herein on January 21,

2014 [Docket No. 830].)

Paragraph 94:

With respect to Paragraph 94 of the Report, Defendant Christie seeks

to clarify that he objects to the use of the word "criminal" when given the 4-

level enhancement for being an organizer or leader, and thus objects to the

conclusion that he was an organizer or leader of "criminal activity" that

involved five or more participants.  Defendant Christie requests that the

language in Paragraph 94 of the Report mirror the language used in

paragraph 11a(2) of the Memorandum of Plea Agreement, filed herein on

September 27, 2013 [Docket No. 742] ("the Plea Agreement").

Specifically, Defendant Christie requests that paragraph 94 of the Report

state that Defendant Christie "was the organizer or leader of the activities

alleged in Count 1 of the Indictment that involved five or more participants

and was otherwise extensive, for which a four (4) level increase in

defendant's offense level for said Count shall be assessed."  In essence

Defendant Christie objects to any statement that he was the leader or

organizer of a "criminal activity".

DATED:  Honolulu, Hawaii, March 14, 2014.


/s/ Thomas M. Otake
THOMAS M. OTAKE
Attorney for Defendant
ROGER CHRISTIE